JEANETTE H. KAPLAN et al., Respondents, *v.* ARMIN HERMAN, Appellant, and INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

(Argued December 3, 1931; decided January 5, 1932.)

*Leo C. Weiler, Max Ash* and *William E. Lowther* for appellant.

*Jacob Kaplan* for plaintiffs-respondents.

*B. H. Ames* and *James L. Quackenbush* for defendant-respondent.

On appeal by defendant Herman from the judgment in favor of plaintiffs, judgment affirmed, with costs. On appeal by the defendant Herman from the order granting new trial as to his co-defendant Interborough Rapid Transit Company, appeal dismissed, with costs on authority of *Ward* v. *Iroquois Gas Corporation* (258 N. Y. 124).

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.